UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID STEELE,

    *Plaintiff,*

v.

DEPARTMENT OF DEFENSE, et al.

    *Defendants*.

Civil Action No. 22-3604 (CJN)

## MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER

Pursuant to Federal Rule of Civil Procedure 65(b)(4), Defendants Department of Defense and Defense Counterintelligence and Security Agency, by and through the undersigned counsel, respectfully move to dissolve this Court's temporary restraining order, ECF No. 7. A memorandum of points and authorities and proposed order are attached.[1]

Dated: December 5, 2022

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Bradley G. Silverman
BRADLEY G. SILVERMAN
D.C. Bar No. 1531664
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-2575

*Attorneys for the United States of America*

---

[1] The undersigned represents the ten unnamed John Doe defendants only to the extent that Steele purports to sue them in their official rather than individual capacities.