UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID STEELE,

          *Plaintiff*,

v.

DEPARTMENT OF DEFENSE et al.,

          *Defendants*.

Civil Action No. 22-3604 (CJN)

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order (July 5, 2023), Plaintiff David Steele and Defendants Department of Defense and Defense Counterintelligence and Security Agency, by and through the undersigned counsel, respectfully propose that this Court establish the following summary judgment briefing schedule:

| **Filing** | **Date** |
|---|---|
| Defendants' Motion for Summary Judgment | January 9, 2024 |
| Plaintiff's Response and Cross-Motion | February 20, 2024 |
| Defendants' Reply and Cross-Response | April 2, 2024 |
| Plaintiff's Cross-Reply | May 14, 2024 |

\*     \*     \*

| | |
|---|---|
| Dated: November 28, 2023 | Respectfully submitted, |
| By: /s/ *Brett J. O'Brien* <br> BRETT O'BRIEN, ESQ <br> Bar License #: 1753983 <br> NATIONAL SECURITY LAW FIRM, LLC <br> 1250 Connecticut Avenue <br> NW Suite 700 <br> Washington, DC 20036 <br> Phone: (202) 600-4996 <br> Fax: (202) 545-6318 <br><br> *Counsel for Plaintiff* | MATTHEW M. GRAVES <br> United States Attorney <br> D.C. Bar #481052 <br><br> BRIAN P. HUDAK <br> Chief, Civil Division <br><br> By: /s/ _____ <br> BRADLEY G. SILVERMAN <br> Assistant United States Attorney <br> D.C. Bar #1531664 <br> U.S. Attorney's Office <br> District of Columbia <br> 601 D Street NW <br> Washington, DC 20530 <br> (202) 252-2575 <br> bradley.silverman@usdoj.gov <br><br> *Counsel for Defendants* |